**Opinion issued November 16, 2021**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-20-00468-CV**

———————————

**CANDACE HALE, Appellant**

**V.**

**OLIVIA MONZON-DOTY, Appellee**

---

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Case No. 2017-03530**

---

## MEMORANDUM OPINION

Appellant, Candace Hale, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellant did not respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

Accordingly, we dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Rivas-Molloy, and Farris.